UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ANTONIO TORAIN,                                            Civil No. 11-3453 PJS/AJB

    Petitioner,

v.                                                        O R D E R

UNITED STATES OF AMERICA,

    Respondent.

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Arthur J. Boylan dated December 12, 2011, all the files and records, and no objections having been filed to said Recommendation,

IT IS HEREBY ORDERED that:

1. Petitioner's application for leave to proceed in forma pauperis, (Docket No. 2), is **DENIED**;

2. Petitioner's application for a writ of habeas corpus, (Docket No. 1), is **DENIED**; and

3. This action is summarily **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED:   01/05  , 2012             s/Patrick J. Schiltz
                                                Patrick J. Schiltz
                                                United States District Judge